UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| | |
|---|---|
| Sterling Products, Inc. d/b/a ACS Auxiliaries Group Inc., <br><br>                    Plaintiff, <br><br>        v. <br> United States <br><br>                    Defendant. | Court No. 20-03877 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: February 21, 2024

                                        Beau Jackson
                                        _____
                                              Attorney for Plaintiff
                                        4801 Main Street, Suite 1000
                                        _____
                                              Street Address
                                        Kansas City, MO 64112
                                        _____
                                              City, State and Zip Code
                                        816-983-8202
                                        _____
                                              Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: February 21, 2024              Clerk, U. S. Court of International Trade

                                      By: _____/s/ Jason Chien_____
                                                  Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-03877 | Sterling Products, Inc. d/b/a ACS Auxiliaries Group Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: February 21, 2024

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
      Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)